COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:     Eric Baumgart v. The State of Texas

Appellate case number:   01-14-00320-CR

Trial court case number: 1382166

Trial court:             183rd District Court of Harris County

Date motion filed:       September 28, 2015

Party filing motion:     Appellant

      Appellant Eric Baumgart's Motion to Substitute Counsel is **GRANTED.**


Judge's signature:  /s/ Russell Lloyd
                    Acting for the Court

Panel consists of: Keyes, Massengale, and Lloyd


Date:  October 15, 2015